SOUTHERN BANKING AND TRUST COMPANY, for use, *v.* FARMERS AND MERCHANTS BANK.

*Atkinson, J.*—The only question made in the record being whether or not the trial judge erred in directing a verdict, and the determination of this question of course depending upon a consideration of the evidence, and it appearing that the evidence at the trial consisted largely of documents which are unnecessarily set forth in full, including the formal and totally immaterial parts thereof, with no attempt whatever at briefing the same as the law requires, this court will not examine the evidence for the purpose of determining whether or not error was committed, but will assume that the judgment below was correct. *Ingram* v. *Clarke*, 96 *Ga.* 777, and cases cited.

November 2, 1896. Argued at the last term.     *Judgment affirmed.*

Complaint for damages. Before Judge Smith. Upson superior court. November term, 1895.

*Worrill & Lester* and *M. H. Sandwich,* for plaintiff.
*J. A. Cotten,* for defendant.